quate to support it. *Lynch* v. *New York*, 293 U. S. 52; *New York City* v. *Central Savings Bank*, 306 U. S. 661. Messrs. *Smith Troy*, Attorney General, and *John E. Belcher*, Assistant Attorney General, for petitioner. Messrs. *F. G. Dorety, Thomas Balmer*, and *Edwin C. Matthias* for Great Northern Railway Co., respondent.

No. 573. STEIN *v.* ST. LOUIS PUBLIC SERVICE CO., DEBTOR, ET AL. December 23, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Hyman G. Stein* for petitioner. *Mr. Thomas E. Francis* for respondents.

No. 578. GWINNER *v.* HEINER, FORMERLY COLLECTOR OF INTERNAL REVENUE. December 23, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Mr. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Messrs. *William A. Seifert* and *William Wallace Booth* for petitioner. *Solicitor General Biddle*, Assistant Attorney General *Clark*, and Messrs. *Sewall Key* and *Arnold Raum* for respondent.

No. 568. PINEY COKING COAL LAND CO. *v.* JAMES, STATE TAX COMMISSIONER. December 23, 1940. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. Messrs. *William H. Sawyers* and *Ashton File* for petitioner. Messrs. *Clarence W. Meadows*, Attorney General of West Virginia,